UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re:  
George Del Fierro

Chapter 13  
Index No.: 03-23950
------------------------------------------------------X
George Del Fierro,

                Plaintiff,

-against-

Chase Manhattan Mortgage Corporation
JPMorgan Chase Bank f/k/a The Chase
Manhattan Bank, successor by merger to
Bank One, N.A.,

                Defendant.
------------------------------------------------------X

Adv. Proc. No. 08-08321-ash

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, that the within adversary proceeding be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. Facsimile signatures shall be deemed original.

Dated: Garden City, New York  
        December 18, 2008

Law Office of Shmuel Klein, P.C.

By: _____  
Shmuel Klein (SK 7212)  
Attorney for Plaintiff  
268 Route 59  
Spring Valley, New York 10977  
845-425-2510

Pittoni, Bonchonsky & Zaino, LLP

By: _____  
Peter R. Bonchonsky, Esq. (PRB-3474)  
Attorney for Defendant  
226 Seventh Street, Suite 200  
Garden City, New York 11530  
516-248-5400

So Ordered:

    **/s/ Adlai S. Hardin, Jr.**              1-6-09  
    **United States Bankruptcy Judge**